623

(119 So. 920)
## G. H. EASTERWOOD v. STATE.
### (7 Div. 498.)

Court of Appeals of Alabama.  Jan. 22, 1929.

RICE, J.  Affirmed.

---

(126 So. 925)
## Floyd ECHOLS v. STATE.
### 8 Div. 919.

Court of Appeals of Alabama.
Feb. 18, 1930.

SAMFORD, J.
Affirméd.

---

(127 So. 918)
## M. H. EDDINGS v. STATE.
### 4 Div. 638.

Court of Appeals of Alabama.
April 15, 1930.

BRICKEN, P. J.
This appellant was convicted in the court below for the offense of violating the prohibition laws of the state, and from the judgment of conviction, he appealed. The appeal here is upon the record proper; there being no bill of exceptions in the transcript. We have examined the record as the law requires, and, finding no error, the judgment of conviction from which this appeal was taken will stand affirmed.
Affirmed.

---

(121 So. 921)
## W. F. EDGAR v. M. A. CARROLL.   (4 Div. 432.)

Court of Appeals of Alabama.  March 28, 1929.

PER CURIAM.  Appeal dismissed for want of prosecution.

---

(127 So. 919)
## Earsel EDGE v. STATE.
### 4 Div. 601.

Court of Appeals of Alabama.
April 15, 1930.

SAMFORD, J.
Appeal dismissed.

---

(125 So. 920)
## Pete EDWARDS v. STATE.   (7 Div. 623.)

Court of Appeals of Alabama.  Jan. 21, 1930.

RICE, J.  Appeal dismissed.

---

(124 So. 920)
## William EDWARDS, Jr., v. STATE.
### (2 Div. 432.)

Court of Appeals of Alabama.  Nov. 5, 1929.

RICE, J.  Appeal dismissed.

---

(125 So. 920)
## W. E. EDWARDS v. STATE.   (6 Div. 549.)

Court of Appeals of Alabama.  Dec. 10, 1929.

SAMFORD, J.  Appeal dismissed.

---

(121 So. 921)
## H. G. ELDER v. STATE.   (6 Div. 452.)

Court of Appeals of Alabama.  March 26, 1929.